FILED

JANE M. MURRAY, PRO PER
17200 NEWHOPE STREET # 328-B
FOUNTAIN VALLEY, CA 92708
JMURRAYROSE@HOTMAIL.COM
714-800-0419

2019 APR 26  PM 2: 19

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA

BY____(AW)_____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JANE M. MURRAY

        Plaintiff,

    vs.

CITY OF FOUNTAIN VALLEY POLICE
SGT. MIKE PARSONS, FOUNTAIN
VALLEY POLICE CHIEF KEVIN CHILDES
AND THE CITY OF FOUNTAIN VALLEY

        Defendants.

Case No.:  **SACV19-00768 GW (JC)**

**CIVIL RIGHTS COMPLAINT**
**per 42 USC Section 1983 Fourth and**
**Fourteenth Amendments**

**DEMAND FOR JURY TRIAL**

PLAINTIFF ALLEGES:

## INTRODUCTION

Plaintiff JANE M. MURRAY brings this action against FOUNTAIN VALLEY POLICE

SERGEANT MIKE PARSONS (hereafter referred to as SGT. PARSONS) , FOUNTAIN

VALLEY POLICE CHIEF KEVIN CHILDES (hereafter referred to as CHIEF CHILDES) and the

CITY OF FOUNTAIN VALLEY and its' police department,  for  the deprivation of her Fourth

and Fourteenth Amendment rights.  SGT. PARSONS conducted  an unlawful traffic stop

CIVIL RIGHTS COMPLAINT 42 USC Section 1983: Fourth and Fourteenth Amendments

on Plaintiff JANE M. MURRAY,   which resulted in the illegal detention of her person and the unlawful deprivation of her property.   CHIEF KEVIN CHILDES, acting under the authority granted by the CITY OF FOUNTAIN VALLEY,   upholds a policy, that defies the federally protected rights of persons as those rights are defined in the Fourth and Fourteenth Amendments of the Constitution of the United States; the right to be free of unwarranted searchs and seizures and the right to due process before depriving a citizen of life, liberty or property.

The Plaintiff, JANE M. MURRAY filed two claims with the CITY OF FOUNTAIN VALLEY regarding the violations of her civil rights. The first claim was acknowledged and denied. The second claim was ignored completely.

The CITY OF  FOUNTAIN VALLEY was made aware of the violation of MS. MURRAYS civil rights by police department employees.  The CITY OF FOUNTAIN VALLEY'S failure to intercede has shown that the they are neglecting to uphold federal laws and is deliberately indifferent to civil rights violations by their police department. Plaintiff,  MS. MURRAY is respectfully requesting to recover damages under the FEDERAL CIVIL RIGHTS ACT  (42 U.S.C. Section 1983).

CIVIL RIGHTS COMPLAINT 42 USC Section 1983: Fourth and Fourteenth Amendments

2

JURISDICTION


This action is brought pursuant to 42 USC Sections 1983 and 1988 and the

Fourth and Fourteenth Amendments to the United States Constitution. Jurisdiction is

founded upon 28 USC Sections 1331 and 1341 (3) and (4) and the aforementioned

statutory and constitutional provisions.


1.      Under 28 USC Sections 1367 (a) the Court has supplemental jurisdiction

over the state claims alleged herein.

2.      The amount in controversy exceeds $10,000 excluding interest and costs.


PARTIES


3.      Plaintiff, MS. JANE M. MURRAY is, and at all material times herein, was a

citizen of the United States  and a resident of the state of California.


4.      Defendant FOUNTAIN VALLEY POLICE SERGEANT MIKE PARSONS is,  and

at all material times referred to herein, was a traffic sergeant for the FOUNTAIN VALLEY

POLICE DEPARTMENT, located in the County of Orange , California.  Defendant

SGT. PARSONS,  at the time of the traffic stop, was on patrol in a marked CITY OF

CIVIL RIGHTS COMPLAINT 42 USC Section 1983: Fourth and Fourteenth Amendments

FOUNTAIN VALLEY Police Department vehicle and was wearing a CITY OF FOUNTAIN VALLEY Police Department police uniform.

5.      Defendant, FOUNTAIN VALLEY POLICE CHIEF KEVIN CHILDES is, and at all material times referred to herein, was the Chief of Police for the CITY OF FOUNTAIN VALLEY.   As the Chief of Police, Defendant  CHIEF CHILDES is ultimately responsible for the  creation of,  and the adherence to,  policies and procedures for both sworn and non-sworn employees of the police department .

6.      Defendant CITY OF FOUNTAIN VALLEY was  the employer of defendant CHIEF  KEVIN CHILDES & SGT. PARSONS.

7.      At all material times mentioned herein, defendants SGT. PARSONS and CHIEF CHILDES  were acting under the color of law, to wit, under color of statues, ordinances, regulations, policies, customs and usages of the state of California and/or the CITY OF FOUNTAIN VALLEY and its Police Department.

8.      SGT. PARSONS is being sued as an individual and in his official capacity.

9.      CHIEF CHILDES is being sued in his official capacity.

CIVIL RIGHTS COMPLAINT 42 USC Section 1983: Fourth and Fourteenth Amendments

10.     The CITY OF FOUNTAIN VALLEY is a municipality.


CAUSE OF ACTION #1


11.     On  June 18, 2018, plaintiff JANE M. MURRAY , was pulled over in her vehicle,  by SGT. PARSONS in  the CITY OF FOUNTAIN VALLEY.  SGT. PARSONS informed MS. MURRAY  that the reason he "pulled her over" was because her vehicle had been illegally parked in a 7-11 parking lot.  Which it was not.  SGT. PARSONS  suspicion of a violation of the law was based on his unreasonable "mistake of law". In Ms Murrays opinion, based on comments made by SGT PARSONS, the traffic stop was initiated because of  the appearance of the plantiffs vehicle. SGT PARSONS assumed Ms. Murray was in violation of something and decided to initiate this traffic stop. Ms. Murray obtained 2 different copies of the "official  recording" from FOUNTAIN VALLEY POLICE DEPARTMENT of this traffic stop and found that 3 minutes had been deleted from the 2nd copy she received. Ms. Murray would like the jury to hear both recordings to determine the validity of the "facts" presented.

12.     As a Traffic Sergeant, in  a city  that encompasses only nine square miles, it is not unreasonable to expect SGT PARSONS to know state and local parking ordinanances. MS. MURRAY had not been in violaion of the law in fact  the traffic the stop was  a violation of MS. MURRAY's Fourth Amendment right to be free of unwarranted searches and seizures.

CIVIL RIGHTS COMPLAINT 42 USC Section 1983: Fourth and Fourteenth Amendments

5

CAUSE OF ACTION #2

13.     The duration of the traffic stop was excessive, thus creating another violation of MS. MURRAYS civil rights.  MS. MURRAY and SGT. PARSONS had both been inside the 7-11 store. MS. MURRAY left the store at 2:39 PM per her receipt. SGT. PARSONS followed her out of the store and then followed her vehicle out of the parking lot and onto the street.  He then initiated the traffic stop at 2:42 PM.  MS. Murray was detained, and forced to remain in  her vehicle until she was released 56 minutes later at 3:39 PM.  MS. MURRAY, her passenger nor her vehicle were ever searched.  SGT. PARSONS was assisted at the traffic stop by a CITY OF FOUNTAIN VALLEY  Police Department  Motorcycle Officer and two non-sworn police employees.

CAUSE OF ACTION #3

14.     MS. MURRAY had purchased her vehicle on April 28, 2018. The vehicle  was purchased  from a State of California licensed used car dealer. The vehicles registration had expired in August 2017 and the plates on the vehicle reflected that fact. The  dealer had attached a temporary registration document to the lower passenger side of the vehicles windshield,  as required by the California Vehicle Code  Section 4456.  This  section governs the

CIVIL RIGHTS COMPLAINT 42 USC Section 1983: Fourth and Fourteenth Amendments

6

use of the Department of Motor Vehicles  temporary registration documents that are

numbered for identification purposes and issued to licensed car dealers.  These temporary

registration documents are  known as a "Dealers Notice of Sale" and supersedes any prior

license plates and registration. The document allows a vehicle to be legally operated on the

street for 90 days from the date of purchase or until the purchaser receives, from the California

Department of Motor Vehicles, new license plates and registration whichever comes first.

Ms. Murray shared this fact with SGT. PARSONS and he asked his co-worker to look it

up to verify the information.  His co-worker concluded that Ms. Murray was right but

SGT PARSONS impounded  MS. MURRAYS vehicle for CVC 4000 (a) Expired Registration anyway.


      15.    The totality of the circumstances do not justify SGT. PARSONS actions.

MS. MURRAY had and still has, a valid California Drivers License. She has been a licensed

driver since 1979.  She has never had a traffic ticket or an at-fault accident. She has never been

arrested and has lived in the CITY OF FOUNTAIN VALLEY for 45 years.   Her vehicle had not

been illlegally parked nor had she violated any laws or vehicle codes.

The unlawful deprivation of her property was a violation of her  Fourth Amendment rights,  as

was the unlawful traffic stop and the lengthy  detention.

CIVIL RIGHTS COMPLAINT 42 USC Section 1983: Fourth and Fourteenth Amendments

1

2                                    CAUSE OF ACTION #4

3

4         16.      MS. MURRAY went to the CITY OF FOUNTAIN VALLEY Police Department on two

5    seperate occasions to address the unlawful impounding of her vehicle.  She talked to Dispatch

6    on Friday June 22, 2018,  and the records department on Monday June 25,2018. The police

7
     department is secure and contact with employees is limited.  She also called
8
9    and spoke with a Desk Officer on Saturday June 23, 2018. Each time she was told that the only

10   person she could redress her complaint with was the officer that had ordered her vehicle to be

11   impounded and that he was not available.

12

13

14        17.      The Fourteenth Amendment grants a citizen of the United States the right

15   to due process of the law before a state  deprives a person of life, liberty or property.

16
     MS. MURRAY was denied the minimal protection of the Fourteenth Amendment; the right
17
18   to be heard and the right to a non-bias tribunal or decision maker. The fact that 3 different

19   police personnel, in 3 different divisions, on 3 different days  all stated  the

20   same procedural process,  it is reasonable to believe that the 3 employees were

21   following department policy.
22
23        18.      CHIEF CHILDES, as the Chief of Police, is responsible for enforcing the adherence

24   to departmental  policies and the training of both sworn ( the desk officer) and non-sworn

25   (dispatch and records) employees of the CITY OF FOUNTAIN VALLEY Police  Department.

26

27
     CIVIL RIGHTS COMPLAINT 42 USC Section 1983: Fourth and Fourteenth Amendments
28
                                             8

CAUSE OF ACTION #5

19.    MS. MURRAY filed a claim with the City Clerk on June 25, 2018 asking for the return of her vehicle.   The claim was denied on July 8, 2018. MS. MURRAY filed a second claim with the City Clerk on (((((((((((((((( that claim was not  acknowledged at all. The CITY OF FOUNTAIN VALLEY was made aware of the situation and the Citys failure to uphold the law and correct the situation, contributed to the filing of his lawsuit.

MS. MURRAY is respectfully requesting punitive damages to be determined by the Jury.

MS. MURRAY is  respectfully requesting compensatory damages in the amount as follows:

1.    Loss of use of her vehicle in the amount of $70.00 a day from

June 18, 2018 through todays date of April 3, 2019 which equals 290

days ,for a total sum   of $20,900.00 with an added $70 per day for

every   day after April 3, 2019.

2.    Value of vehicle at $2500.00

3.    Value of personal contents inside the vehicle at $5,000.00

4.    Time spent researching the law, expenses and  filing the lawsuit at

minmum wage of  $11.00 an hour for 600 hours totaling $6600.00.

TOTAL  Compensatory damages-        $35,000

CIVIL RIGHTS COMPLAINT 42 USC Section 1983: Fourth and Fourteenth Amendments

I, Jane Murray, swear under the penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

Jane M. Murray

Dated this day the 24th of April, 2019

CIVIL RIGHTS COMPLAINT 42 USC Section 1983: Fourth and Fourteenth Amendments

10