UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE M. MURRAY,<br><br>                    PLAINTIFF,<br>          v.<br><br>CITY OF FOUNTAIN VALLEY POLICE SGT. MIKE PARSONS, et al.,<br><br>                    DEFENDANTS. | CASE NUMBER:<br><br>8:19-cv-0768-GW-JC<br><br>NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND THE LODGING OF PROPOSED ORDER |

TO:    All Parties of Record

You are hereby notified that the Magistrate Judge's report and recommendation has been filed and a proposed order has been lodged on July 27, 2020, copies of which are attached.

Any party having objections to the report and recommendation and the proposed order shall, not later than **August 10, 2020** file and serve a written statement of objections with points and authorities in support thereof before the Honorable Jacqueline Chooljian, United States Magistrate Judge.

Failure to so object within the time limit specified shall be deemed a consent to any proposed findings of fact.  Upon receipt of objections, or upon lapse of the time for filing objections, the case will be submitted to the District Judge for disposition.  Following entry of judgment, all motions or other matters in the case will be considered and determined by the District Judge.

The report and recommendation of a Magistrate Judge is not a final appealable order.  A notice of appeal pursuant to Federal Rules of Appellate Procedure 4(a)(1) should not be filed until a judgment by the District Judge has been entered.

                                                                CLERK,  UNITED STATES DISTRICT COURT

Date:   July 27, 2020                                           Kerri Hays
                                                                Deputy Clerk

---

M-51 (6/98)    NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
                       AND THE LODGING OF PROPOSED ORDER