UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE M. MURRAY,<br><br>    Plaintiff,<br><br>  v.<br><br>MIKE PARSONS, et al.,<br><br>    Defendants. | Case No. 8:19-cv-0768-GW-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE<br><br>[DOCKET NO. 27] |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the July 16, 2021 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").

IT IS HEREBY ORDERED:

1.      The Motion to Dismiss is granted to the extent it seeks dismissal of the First Amended Complaint against the City of Fountain Valley (the "City") and Fountain Valley Police Department Chief Kevin Childes ("Childes") in his official capacity;

2.      The First Amended Complaint is dismissed with leave to amend as against the City and Childes in his official capacity;

3.     Within fourteen (14) days of the date of this Order, plaintiff shall do one of the following:

    (a)  file a Second Amended Complaint which cures the pleading defects identified in the Report and Recommendation;[1]

    (b) file a Notice of Dismissal which will result in the voluntary dismissal of this action without prejudice; or

    (c) file a Notice of Intent to Stand on First Amended Complaint, indicating plaintiff's intent to stand on the First Amended Complaint despite the pleading defects described in the Report and Recommendation, which may result in the dismissal of this action in its entirety against the City and Childes in his official capacity.

**Plaintiff is cautioned that her failure timely to file a Second Amended Complaint, a Notice of Dismissal, or a Notice of Intent to Stand on First Amended Complaint may be deemed plaintiff's admission that amendment is futile, and may result in the dismissal of this action with or without prejudice as against the City and Chief Childes in his official capacity on the grounds set forth above and/or on the ground that amendment is futile, and/or dismissal of this action with or without prejudice as against all defendants for failure diligently to prosecute and/or for failure to comply with this Order.**

---

[1] Any Second Amended Complaint must:  (a) be labeled "Second Amended Complaint"; (b) be complete in and of itself and not refer in any manner to the original or First Amended Complaint – *i.e.*, it must include all claims on which plaintiff seeks to proceed (Local Rule 15-2); (c) contain a "short and plain" statement of each claim for relief "showing that [plaintiff] is entitled to relief" (Fed. R. Civ. P. 8(a)); (d) make each allegation "simple, concise and direct" and contain factual allegations in clear short, concise, numbered paragraphs, each "limited as far as practicable to a single set of circumstances" (Fed. R. Civ. P. 8(d)(1), 10(b)); (e) set forth clearly the sequence of events giving rise to the claim(s) for relief; (f) reflect which claims are brought against which defendant(s) in which capacity and allege specifically what each defendant did and how that individual's conduct specifically violated plaintiff's civil rights; and (g) not add defendants or claims that are not related to the claims asserted in the original or First Amended Complaints.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on plaintiff and counsel for defendants.

IT IS SO ORDERED

DATED: August 20, 2021

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE