UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE M. MURRAY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FOUNTAIN VALLEY POLICE SGT. MIKE PARSONS, et al.,<br><br>　　　　　　Defendants. | Case No. 8:19-cv-00768-GW-JC<br><br>JUDGMENT |

　　In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: September 23, 2021

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE